NETHERLAND HOLDING CORPORATION V. RUSSEL H. KITTEL and Another. MABEL B. KITTEL. ROBERT K. TAYLOR V. NETHERLAND HOLDING CORPORATION. RUSSEL H. KITTEL and MABEL B. KITTEL.— Motion granted on condition that appellants procure the record on appeal and appellants' points to be filed so that the appeal can be argued on the 7th day of October, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SHEBA PISTACHIO CORPORATION V. ORIENTAL PISTACHIO HOUSE, INC., and Another, Impleaded with Others.— Motion denied on condition stated in order; otherwise, motion granted to extent of staying execution of judgment pending determination of appeal. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CRAMERTON MILLS, INC., V. NATHAN & COHEN CO., INC., Impleaded with Others.— Motion granted to the extent of staying entry of judgment pending determination of appeal, upon condition that said defendant give a bond to indemnify plaintiff against possible change of position on said defendant's part. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Voluntary Intermediate Account of Proceedings of DORA SHAPIRO and Others, as Executors, etc., of SOLOMON SHAPIRO, Deceased.— Decree affirmed. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.; Merrell, J., dissents and votes for modification of the decree construing paragraph 7 of the will, by holding that the said provision of the will is invalid as violative of the rule against perpetuities, and that the decedent died intestate as to the residuary estate. [134 Misc. 363.]

In the Matter of the Application of VIKING CONCRETE FORMS, INC., Subcontractor, Appellant, for an Order Discharging Mechanic's Lien Filed by STATEN ISLAND SHIPBUILDING COMPANY, Lienor, Respondent, against Real Property. HEGEMAN-HARRIS CO., INC., General Contractor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.; Merrell and Martin, JJ., dissent and vote to reverse and grant the motion on the authority of *Matter of Viking Forms Co., Inc.* (230 App. Div. ——).

In the Matter of EVE P. RADTKE, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

DETROIT FIDELITY AND SURETY COMPANY V. RUSSEL H. KITTEL and Others. NETHERLAND HOLDING CORPORATION.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of HANNAH KATZ for Payment of the Award, etc., re Mace Avenue, between Fish and Seymour Avenues, Borough of The Bronx, City of New York.— Reference ordered to Hon. Alfred R. Page, official referee. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

L. LOWYS PAUL and Another v. CARPENTER FURNITURE CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.